Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

**In re:   Case No.:   09−17181 JS     Chapter:  13**

Lisa M. Jacobs
Debtor(s)

### NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 4/30/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 4/30/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, J Gladysiewski 410−962−4243